IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:23CR87-1
:
MARIO ALBERTO SALINAS, JR. :

The United States Attorney charges:

On or about April 12, 2022, in the County of Durham, in the Middle District of North Carolina, MARIO ALBERTO SALINAS, JR., in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, did knowingly possess a firearm, that is, a Glock 9mm handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), and Title 18, United States Code, Section 2.

DATED: ___March 7___, 2023

SANDRA J. HAIRSTON
United States Attorney

BY: KYLE D. POUSSON
Assistant United States Attorney